UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HOPE GRIFFIS INDIVIDUALLY AND AS NEXT FRIEND OF A.L.L., A MINOR** | § § § § | |
| **Plaintiff,** | § § | |
| VS. | § § | CASE NO. 3:21-CV-01102 -X |
| **AHMED WARSAME AND CARGO SOLUTION EXPRESS, INC.** | § § § § | |
| **Defendants.** | § § | |

## RULE 11 AGREEMENT

This will confirm that the Parties have reached an agreement as to the settlement of the Plaintiff's claims. Specifically, we have settled Hope Griffis' claims for $300,000.00 and we have settled the claims of A.L.L., a minor, for $10,000.00.

Signatures below confirm the settlement of this matter pursuant to Rule 11.

Respectfully Submitted,

/s/ *William E. Hymes*

**William E. Hymes**
State Bar No. 24029624

**LONCAR LYON JENKINS**
424 S. Cesar Chavez Blvd.
Dallas, Texas 75201
(214) 747-0422
(214) 382-5841 (Facsimile)
wehymes@loncarassociates.com

**ATTORNEY FOR PLAINTIFF**

---

                    **FEE, SMITH, SHARP & VITULLO, L.L.P**

                    /s/ *Adam J. Strange* *(by permission)*
                    MICHAEL P. SHARP
                    State Bar No. 00788857
                    msharp@feesmith.com
                    ADAM J. STRANGE
                    State Bar No. 24090763
                    astrange@feesmith.com
                    Three Galleria Tower
                    13155 Noel Road, Suite 1000
                    Dallas, Texas 75240
                    972-934-9100
                    972-934-9200 [Fax]

                    **ATTORNEYS FOR DEFENDANTS**